STEEL CABLE ENGINEERING COMPANY, Respondent, *v.* THE AMERICAN GLUCOSE COMPANY, Appellant.

*Steel Cable Engineering Co.* v. *Am. Glucose Co.*, 19 App. Div. 628, affirmed.
(Argued May 1, 1900; decided May 15, 1900.)

APPEAL from a judgment and order of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 30, 1897, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*James McC. Mitchell* and *John G. Milburn* for appellant.

*John L. Romer* for respondent.

Judgment and order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

———————

CHARLES A. HAUSAUER et al., Respondents, *v.* SARAH DAHLMAN et al., Appellants.

*Hausauer* v. *Dahlman*, 18 App. Div. 475, affirmed.
(Argued May 1, 1900; decided May 15, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered September 11, 1897, affirming a judgment in favor of plaintiffs entered upon a decision of the court at an Equity Term.

*Simon Fleischmann* for appellants.

*Adelbert Moot* for respondents.

·Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.